UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 95-595-CR-RYSKAMP
    Plaintiff.

v.

                              **DEFENDANT'S MOTION FOR**

MARIO AGUDELO,                 **TERMINATION OF PROBATION**

    Defendant.
_____/

    COMES NOW Defendant Mario Agudelo, by and through the undersigned counsel and submits the instant Motion For Termination Probation, pursuant to 18 USC Section 3564(c), in the above captioned matter for the Court's consideration. In support thereof, the Defendant states as follows:

    1. On October 31, 1995, the Defendant entered a guilty plea to Ct. I. Structuring of Monetary Transactions to Avoid Filing of Currency Reports.

    2. On January 19, 1996, this Court sentenced the Defendant to a term of three years probation. Additionally, the Defendant was ordered to participate in the Home Confinement Program for a period of three months and pay a $2000.00 fine to the United States.

    3. That during the period of probation the Defendant has complied with all orders of probation. Additionally, the Defendant is current with all costs and fines.

    4. That during the period of probation the Defendant has endeavored to maintain full time employment and is

Page 2, Motion For Termination Of Probation
U.S. v. Agudelo, 95-595-CR-RYSKAMP

actively involved in attempting to arrange and market new business ventures for the financial benefit of himself and his family.

5. Pursuant to Section 3564(c), the Defendant has completed over one year of his probation and would submit that such action by this Court is appropriate in light of the Defendant's conduct while on probation.

6. That Counsel for the Defendant has discussed this motion with AUSA Andrew Lourie, counsel for the Government. Mr. Lourie indicated that the Government objects after reviewing this motion with the Defendant's probation officer.

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and terminate the remainder of the Defendant's probation sentence.

Respectfully submitted,

FLEISCHMAN & FLEISCHMAN, P.A.
Sidney Z. Fleischman
800 E. Broward Blvd., #300
Ft. Lauderdale, Florida 33301
954-523-7223

Page 3, Motion For Termination Of Probation
U.S. v. Agudelo, 95-595-CR-RYSKAMP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of November, 1998, to:

Andrew Lourie
Assistant United States Attorney
99 N.E. 4th Ave., Sixth Floor
Miami, Florida 33132-2111

Joesph D. Pinto
U.S. Probation Officer
10300 S.W. 72nd Street
Miami, Florida

SIDNEY Z. FLEISCHMAN
Attorney for Agudelo