

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 95-595-CR-RYSKAMP

    Plaintiff,

vs.                                                          **ORDER**

MARIO AGUDELO,

    Defendant.

_____/

    **THIS CAUSE** came before the Court on defendant's Motion for Termination of Probation

And Motion for Permission to Travel Outside the United States, filed November 3, 1998.

    This Court has reviewed these motions and being fully advised in the premises, it is hereby:

    **ORDERED and ADJUDGED** that said Motions are **Denied**.

    **DONE and ORDERED** in West Palm Beach, this ___16___ day of November, 1998.

                             **KENNETH L. RYSKAMP**
                             **UNITED STATES DISTRICT JUDGE**

cc:    Andrew Lourie, AUSA
       Sidney Z. Fleischman, Esq.
       U.S. Probation - Joseph Pinto