ERS:sgw

Fax #530-7195

UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF FLORIDA<br>
MIAMI DIVISION<br>
Case No.95-595-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO AGUDELO,

    Defendant.
_____

<b><u>SATISFACTION OF JUDGMENT</u></b>

The fine amount of **$2,000.00**.and the special assessment of **$50.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                  Respectfully Submitted,

                                  GUY A. LEWIS<br>
                                UNITED STATES ATTORNEY

Date: June 24, 2002       By: Elizabeth Ruf Stein<br>
                                  Assistant U.S. Attorney

This Instrument Was Prepared By: Elizabeth Ruf Stein<br>
                                                      99 N.E. Fourth Street<br>
                                                      Miami, Florida  33132<br>
                                                      Tel:  (305) 961-9313<br>
                                                      Bar No.354945